**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GAME AND TECHNOLOGY CO., LTD. | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
|     v. | § | Civil Action No.: 2:15-cv-01257-RWS-RSP |
| | § | |
| BLIZZARD ENTERTAINMENT, INC. | § | **LEAD CASE** |
| | § | |
|     Defendant. | § | |

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

Notice is hereby given that Lynn C. Herndon of Shook, Hardy & Bacon LLP enters her appearance on behalf of Defendants Blizzard Entertainment, Inc. and Riot Games, Inc. in this matter as additional counsel.

Lynn C. Herndon may receive all communications from the Court and from other parties at Shook, Hardy & Bacon L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108; Telephone: (816) 474-6550; Facsimile: (816) 421-5547; email: lherndon@shb.com

Dated:  March 18, 2016
Respectfully submitted,


*/s/ Lynn C. Herndon*
Lynn C. Herndon
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: lherndon@shb.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of March, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/  Lynn C. Herndon*
Lynn C. Herndon